February 20, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

D.R. HORTON - TEXAS, LTD., Appellant

NO. 14-12-01150-CV                 V.

WILLIAM BERNHARD AND NADIA BERNHARD, Appellees

_____

This cause, an appeal from the judgment in favor of appellees, William Bernhard and Nadia Bernhard, signed November 12, 2012, was heard on the transcript of the record. We have inspected the record and find error in the judgment awarding appellate attorney's fees. We therefore **REFORM** the judgment of the court below by striking the following two paragraphs:

> "IT IS FURTHER ORDERED that, in the event of appeal of this judgment to the court of appeals, Defendant D.R. Horton-Texas, Ltd. shall pay Plaintiffs $18,500.00 in attorney's fees defending this judgment.
>
> IT IS FURTHER ORDERED that, in the event of appeal from any adverse ruling by the court of appeals, Defendant D.R. Horton-Texas, Ltd. shall pay Plaintiffs $25,000.00 in attorney's fees defending this judgment."

We order the judgment of the court below **AFFIRMED** except as modified in this judgment.

We order that each party shall pay its costs by reason of this appeal.

We further order this decision certified below for observance.